## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **ED CV 25-2352 FMO (SPx)** | Date | **December 19, 2025** |
|---|---|---|---|
| Title | **Nolita Sephira Graefin von Matuschka v. Marella, LLC, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:               Attorney Present for Defendants:

None Present                         None Present

**Proceedings:**          **(In Chambers) Order to Show Cause Re: Dismissal for Lack of Prosecution**

On December 2, 2025, the court issued an Order to Show Cause Re: Dismissal Re: Lack of Prosecution directing plaintiff to respond in writing by December 9, 2025, why this action should not be dismissed for lack of prosecution. (Dkt. 11, Court's Order of December 2, 2025). Plaintiff was admonished that failure to timely respond to the court's Order to Show Cause shall result in the action or any unserved defendant being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. (See id.) (citing Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the date of this Order, plaintiff has not filed a response or proofs of service for any defendants. (See, generally, Dkt.). Nonetheless, the court will grant plaintiff one final opportunity to file a response to the court's Order to Show Cause.

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff is granted until **January 13, 2026**, to file a response to the court's Order to Show Cause Re: Dismissal Re: Lack of Prosecution.

2. Plaintiff is cautioned that failure to timely file a response shall result in this action or any unserved defendant being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |